No. 10–9104. LOVEJOY v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9111. SUMRELL v. MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 10–9114. BIXBY v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 10–9116. BARNES v. DEDMONDT ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–9117. HUNT v. SMITH ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–9118. MULLINS v. DONAT ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9119. MONTGOMERY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9125. WINKLER v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 10–9126. VILLANUEVA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9129. NIXON v. GMAC MORTGAGE CORP. C. A. 5th Cir. Certiorari denied.

No. 10–9132. YORK v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–9143. REDMAN v. WEST VIRGINIA. Cir. Ct. Berkeley County, W. Va. Certiorari denied.

No. 10–9144. BURNSIDE v. PRUDDEN, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–9148. LYNCH v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.